UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLY PLUARD,<br><br>Plaintiff,<br><br>vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | NO. 3:19-CV-05864 RSM<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

The Court has considered the Joint Stipulated Motion to Dismiss with Prejudice for the above-referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss with Prejudice be GRANTED.

Dated this 7th day of May, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE        - 1 -
NO. 3:19-CV-05864-RSM

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1766903/050721 1420/8284-0010